**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

TRANSCARDIAC THERAPEUTICS, INC.,

Plaintiff and Counterclaim Defendant,

v.

AJIT YOGANATHAN, PH.D., JORGE H. JIMINEZ, PH.D., VINOD H. THOURANI, M.D., EMORY UNIVERSITY, GEORGIA TECH RESEARCH CORPORATION, and GEORGIA TECH FOUNDATION, INC.,

Defendants,

and

EMORY UNIVERSITY and GEORGIA TECH RESEARCH CORPORATION,

Defendants and Counterclaim Plaintiffs,

v.

OMAR M. LATTOUF, M.D., PH.D.,

Additional Counterclaim Defendant.

Civil Action No. 1:14-cv-00981-AT

**COUNTERCLAIM DEFENDANT OMAR LATTOUF, M.D., PH.D.'S BRIEF IN SUPPORT OF PLAINTIFF/COUNTERCLAIM DEFENDANT TRANSCARDIAC THERAPEUTIC, INC.'S MOTION TO REMAND**

For all of the reasons expressed in Plaintiff TransCardiac Therapeutics, Inc.'s ("TCT's") original and second Motion to Remand and original and second brief in support thereof, Counterclaim Defendant Omar Lattouf, M.D., Ph.D. ("Dr. Lattouf") herein adopts and supports the position of TCT and respectfully seeks the remand of this matter to the State Court of Fulton County.

Respectfully submitted, this 28th day of April, 2014.

*/s/ John W. Crongeyer*
John W. Crongeyer
Georgia State Bar No. 197267

**CRONGEYER LAW FIRM, P.C.**
2170 Defoor Hills Road
Atlanta, GA 30318
Telephone: (404) 542-6205
Facsimile: (404) 872-3745
jwc@birdlawgroup.com

*/s/ Kristen L. Beightol*
William Q. Bird
Georgia State Bar No. 057900
Kristen L. Beightol
Georgia State Bar No. 425814

**BIRD LAW GROUP, P.C.**
2170 Defoor Hills Road
Atlanta, GA 30318
Telephone: (404) 873-4696
Facsimile: (404) 872-3745
wqb@birdlawgroup.com
klb@birdlawgroup.com

*/s/ J. Robert Howard*
J. Robert Howard
Georgia State Bar No. 370900

2393 Montview Drive, N.W.
Atlanta, GA 30305
Telephone: (404) 367-9924
Facsimile: (404) 351-8997
Jrh2393@comcast.net

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed a copy of the foregoing *Brief In Support Of Plaintiff/Counterclaim Defendant TransCardiac Therapeutic, Inc.'s Motion To Remand* with the Clerk of Court using the CM/ECF system and served a copy upon counsel for Defendants by electronic filing as follows:

Joel D. Bush II
C. Allen Garrett, Jr.
Robert E. Buckley
Kilpatrick Townsend & Stockton LLP
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309-4528

Jill Warner
Michael E. Brooks
McRae Brooks Warner LLC
1175 Peachtree Street, NE
100 Colony Square, Suite 2100
Atlanta, Georgia 30361

Holmes J. Hawkins, III
James J. Mayberry
Amy Yervanian Jones
Andrew Mutter
King & Spalding
1180 Peachtree Street, NE
Atlanta, Georgia 30309

Julie Adam Jacobs
Senior Assistant Attorney General
W. Wright Banks, Jr.
Deputy Attorney General
Department of Law, State of Georgia
40 Capitol Street, S.W.
Atlanta, Georgia 30334-1300

Respectfully submitted this 28th day of April, 2014,

*/s/ John W. Crongeyer*
John W. Crongeyer
Georgia State Bar No. 197267

Crongeyer Law Firm, P.C.
2170 Defoor Hills Road
Atlanta, GA 30318
Telephone: (404) 542-6205
Facsimile: (404) 872-3745
jwc@birdlawgroup.com

**Font Certification**

Pursuant to Local Rule 7.1D, I hereby certify that the foregoing document was prepared using Times New Roman 14 point type as provided in Local Rule 5.1C.

*/s/ John W. Crongeyer*
John W. Crongeyer
Georgia State Bar No. 197267

Crongeyer Law Firm, P.C.
2170 Defoor Hills Road
Atlanta, GA 30318
Telephone: (404) 542-6205
Facsimile: (404) 872-3745
jwc@birdlawgroup.com