UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TRANSCARDIAC THERAPEUTICS, INC., <br><br> Plaintiff and Counterclaim Defendant, <br><br> v. <br><br> AJIT YOGANATHAN, PH.D., JORGE H. JIMINEZ, PH.D., VINOD H. THOURANI, M.D., and GEORGIA TECH FOUNDATION, INC., <br><br> Defendants, <br><br> and <br><br> EMORY UNIVERSITY and GEORGIA TECH RESEARCH CORPORATION, <br><br> Defendants and Counterclaim Plaintiffs, <br><br> v. <br><br> OMAR M. LATTOUF, M.D., PH.D., <br><br> Additional Counterclaim Defendant. | Civil Action No. 1:14-cv-00981-AT |

**DEFENDANT AND COUNTERCLAIM PLAINTIFF
GEORGIA TECH RESEARCH CORP.'S AND
DEFENDANT GEORGIA TECH FOUNDATION, INC.'S
<u>JOINDER IN OPPOSITION TO PLAINTIFF'S MOTION TO REMAND</u>**

Defendant and Counterclaim Plaintiff Georgia Tech Research Corp. and Defendant Georgia Tech Foundation, Inc., by their undersigned counsel, hereby join in the arguments asserted in Defendant and Counterclaim Plaintiff Emory University's Opposition to Plaintiff's Motion to Remand.

Respectfully submitted this 5th day of May, 2014.

                **KING & SPALDING LLP**

                */s/ Holmes J. Hawkins III*
                Holmes J. Hawkins, III
                  (Georgia Bar No. 338681)
                James J. Mayberry
                  (Georgia Bar No. 479158)
                 Amy Yervanian Jones
                  (Georgia Bar No. 780817)

                1180 Peachtree Street
                Atlanta, GA 30309
                Tel: 404-572-4600
                Fax:  404-572-5134

                *Attorneys for Defendants Georgia Tech Research Corporation and Georgia Tech Foundation*

## CERTIFICATE OF COMPLIANCE

I hereby certify, pursuant to L.R. 5.1(B) and 7.1(D) of the Northern District of Georgia, that the foregoing document complies with the font and point selections approved by the Court in L.R. 5.1(B). The foregoing pleading was prepared on a computer using 14-point Times New Roman font.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to counsel of record.

Dated:  May 5, 2014

/s/ Holmes J. Hawkins III