IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| TRANSCARDIAC THERAPEUTICS, INC, | : | |
| | : | |
| Plaintiff and Counterclaim Defendant, | : | |
| | : | |
| v. | : | |
| | : | |
| AJIT YOGANATHAN, PH.D., JORGE H. JIMINEZ, PH.D., VINOD H. THOURANI, M.D., and GEORGIA TECH FOUNDATION, INC, | : | CIVIL ACTION NO. 1:14-CV-981-AT |
| | : | |
| Defendants, | : | |
| | : | |
| and | : | |
| | : | |
| EMORY UNIVERSITY and GEORGIA TECH RESEARCH CORPORATION, | : | |
| | : | |
| Defendants and Counterclaim Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| OMAR M. LATTOUF, M.D., PH.D, | : | |
| | : | |
| Additional Counterclaim Defendant. | : | |

## **ORDER**

Defendants have filed a Counterclaim for a Declaratory Judgment regarding potential inventorship claims by Plaintiff pursuant to 35 U.S.C. § 256

seeking to be added as co-inventor to certain patents. It is possible that the Counterclaim may be dismissed due to the absence of a case or controversy.

Under the circumstances, by September 24, 2014, Plaintiff shall:

1. State that he is not making, and shall not make, any inventorship claim pursuant to 35 U.S.C. § 256 with regard to any patent identified in the Counterclaim, or

2. Separately, as to each patent identified in the Counterclaim, state whether he is not making, and shall not make, any inventorship claim pursuant to 35 U.S.C. § 256.

If Plaintiff states, that he is not making, and shall not make, any inventorship claim pursuant to 35 U.S.C. § 256 with regard to any patent identified in the Counterclaim, the Court will dismiss the Counterclaim for want of a case or controversy and remand the remaining state law claims to state court. Otherwise, the Court shall arrange a prompt telephone conference to discuss the scheduling of further proceedings in federal court.

**IT IS SO ORDERED** this 16th day of September, 2014.

_____
**Amy Totenberg**
**United States District Judge**