IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| TRANSCARDIAC THERAPEUTICS, INC, | : | |
| Plaintiff and Counterclaim Defendant, | : | |
| v. | : | |
| AJIT YOGANATHAN, PH.D., JORGE H. JIMINEZ, PH.D., VINOD H. THOURANI, M.D., and GEORGIA TECH FOUNDATION, INC, | : | CIVIL ACTION NO. 1:14-CV-981-AT |
| Defendants, | : | |
| and | : | |
| EMORY UNIVERSITY and GEORGIA TECH RESEARCH CORPORATION, | : | |
| Defendants and Counterclaim Plaintiffs, | : | |
| v. | : | |
| OMAR M. LATTOUF, M.D., PH.D, | : | |
| Additional Counterclaim Defendant. | : | |

## **ORDER**

Defendant/Counterclaim Plaintiff Emory's Motion For Clarification Of Plaintiff's Response To September 16, 2014 Order And Request For Telephonic

Conference [Doc. 47] is **GRANTED IN PART**. Specifically, by October 23, 2014, Dr. Lattouf is directed to:

1. State that he is not making, and shall not make, any inventorship claim pursuant to 35 U.S.C. § 256 with regard to any patent identified in the Counterclaim, or

2. Separately, as to each patent identified in the Counterclaim, state whether he is not making, and shall not make, any inventorship claim pursuant to 35 U.S.C. § 256.

The Court accordingly does not address Defendant/Counterclaim Plaintiff Emory's request for entry of a stipulation. The Request for Telephonic Conference will be considered after the receipt of Dr. Lattouf's response.

**IT IS SO ORDERED** this 17th day of October, 2014.

**Amy Totenberg**
**United States District Judge**