IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| EMORY UNIVERSITY and GEORGIA TECH RESEARCH CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>OMAR M. LATTOUF, M.D., PH.D.,<br><br>Defendant. | CIVIL ACTION FILE<br><br>NO. 1:14-cv-00981-AT |

### ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR RECONSIDERATION

This matter having come before the Court on the Plaintiffs' "Unopposed Motion For Extension of Time for Plaintiffs to Respond to Defendant's Motion for Reconsideration," and the Court having considered the Motion and the record in this case, it is hereby ORDERED AND ADJUDGED that the deadline for the Plaintiffs to respond to Defendant's Motion for Reconsideration is extended to and including January 7, 2015.

IT IS SO ORDERED this 30th day of December, 2014.

_____
AMY TOTENBERG
UNITED STATES DISTRICT JUDGE